**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00999-CV

**LOUIS MARTIN, JR., Appellant**

**V.**

**U.S. MERCHANTS FINANCIAL GROUP, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15757**

## ORDER

We **GRANT** the November 6, 2013 motion of Vielica Dobbins, Official Court Reporter

for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the

reporter's record. The reporter's record was filed with the Court on November 6, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE